FIRST DEPARTMENT, JUNE TERM, 1886.

William A. Bean, Appellant, v. The Elmira, Cortland and Northern Railroad Company and another, Respondents. — Judgment affirmed, with costs, with leave to plaintiff to amend his complaint in twenty days, upon payment of the costs of the demurrer and of the appeal. Opinion by Boardman, J.

Julia Borgersrud, Respondent, v. Conrad Baker, Appellant.— Order of the Oneida County Court reversed and a new trial ordered in that court, with costs to abide event. Opinion by Follett, J.

James A. Beckwith, Respondent, v. Henry Jacobs, Appellant. — Judgment affirmed, with costs. Opinion by Hardin, P. J.

Giles Smith, Respondent, v. George Reynolds, Appellant. — Order affirmed, with ten dollars costs and disbursements on opinion of Merwin, J., at Special Term. Defendant has leave to amend his answer in ten days on payment of costs of appeal and of this motion.

Oliver Cooper, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Order affirmed, with ten dollars costs and disbursements on opinion of Kennedy, J., delivered at Special Term in *Kane* v. *New York Central and Hudson River Railroad Company.*

George Dinehart, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Order affirmed, with ten dollars costs and disbursements on opinion of Kennedy, J., delivered at Special Term in *Kane* v. *New York Central and Hudson River Railroad Company.*

William Kane, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Order affirmed, with ten dollars costs and disbursements on opinion of Kennedy, J., delivered at Special Term.

William Murphy, Appellant, v. Zalmon Pool, Respondent. — Judgment affirmed, with costs. Opinion by Follett, J.

Edmund R. Bell, Appellant, v. Constant Proskine and another, Respondents. — Judgment and order reversed and new trial ordered, with costs to abide event. Opinion by Hardin, P. J.; dissenting opinion by Follett, J.

---

FIRST DEPARTMENT, JUNE TERM, 1886.

The People of the State of New York *ex rel.* Jesse Carter v. Stephen B. French and others. — Decision affirmed. Opinion by Brady, P. J.

Daniel Goldschmidt, Appellant, v. Union Mutual Life Insurance Company, Respondent. — Order to be entered as directed in opinion of Macomber, J.

The People of the State of New York, Respondent, v. George H. Ogle, Appellant. — Judgment affirmed. Opinion by Brady, P. J.

Simon Heyman, Appellant, v. Bernhard Mittelstaedt, Respondent. Order entered, as directed in opinion. Opinion by Brady, J.

James Stephens, Appellant, v. Eliza G. Jones, Respondent. — Judgment affirmed, with costs. Opinion by Brady, P. J.

William F. Park v. Marguerite Murray. — Judgment affirmed. Opinion by Brady, J.

Charles N. Kippen, Appellant, v. Thomas J. Sizer, Respondent. — Judgment modified, as directed in opinion, and affirmed as modified, with costs. Opinion by Macomber, J.

The People of the State of New York, Respondent, v. John Joyce, Appellant. — Judgment reversed. Opinion by Macomber and Daniels, JJ. Order as directed in opinion of Macomber, J.

Julius Helburn, Appellant, v. Abraham Rosenson, Respondent. — Judgment affirmed. Opinion by Brady, J.

The John S. Way Manufacturing Company, Respondent, v. Samuel Corn and others, Appellants. — Judgment reversed. new trial ordered, costs to abide event, unless plaintiffs consent to the modification suggested in opinion, in which case judgment affirmed as modified, without costs to either party. Opinion by Brady, J.

The People of the State of New York *ex rel.* Sarah S. Adams v. Board of Aldermen. — Order reversed, without costs. — Motion denied. Opinion by Daniels, J.

Robert P. Lee, as Receiver, etc., Respondent. v. La Campagnie Universelle, etc., Appellant. — Order modified as directed and affirmed as modified, without costs to either perty. Opinion by Brady, J.

Harry S. Martin, Respondent, v. Reuben T. Pettengill, Appellant. — Judgment affirmed. Opinion by Daniels, J.

Frank B. Stearns, Appellant, v. The St. Louis and San Francisco Railway Company, Respondents. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Daniels, J.

William H. Osgood and another, Executors, etc., Respondents, v. Lester Wallack and another, Appellants. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Brady, J.

The People of the State of New York, Respondent, v. Peter Smith, Appellant. — Judgment affirmed. Opinion by Brady, J.

George H. Le Huray, as Receiver, etc., Appellant, v. Charles A. Hotchkiss and others, Respondents, and others. — Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.

Benjamin C. Coon, Appellant, v. Richard Stroker and another, Respondents. — Judgment affirmed. Opinion by Brady, J.

The St. Louis and San Francisco Railway Company, Respondent, v. Julien T. Davies, as Receiver, etc., Appellant. — Judgment affirmed, with costs. Opinion *Per Curiam.*

John Sloane and others, Appellants, v. Eben O. Carrington and others, Respondents. — Judgment affirmed, on opinion of Beach, J.

In the Matter of John O. Kurtzman.—Order modified as directed, and affirmed as modified, without costs to either party. Opinion by Brady, J.

In the Matter of John O. Kurtzman.—Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.

Hannah P. Frey, Respondent, v. The American Exchange National Bank, Appellant.—Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.

Frederick A. Schroeder and others, Appellants, v. Daniel Frey and others, Respondents.— Judgment affirmed. Opinion by Brady, J.

In the Matter of James M. Lyddy.—Proceedings dismissed. See Mem. *Per Curiam.*

In the Matter of the New York Cable Company.— Order settled.

New York and Erie Railway Company v. George W Carhart. — Order settled.

Walter L. Thompson v. Norton A. Halbert. — Motion granted.

Walter Weston and another, Respondents, v. James R. Watts, Appellant. — Order settled.

Charles H. Prendergast v. Ernest Greenfield. — Order settled.

William Gibson Jones v. Ward H. Wakefield. — Order settled